UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and FACEBOOK IRELAND LIMITED,<br><br>                            Plaintiffs,<br>v.<br><br>PROFILE TECDHNOLOGY LTD and CHRISTOPHER CLAYDON,<br><br>                            Defendants. | Case No. 5:13-cv-00459-PSG<br><br>**ORDER RE: DISCOVERY DISPUTES**<br><br>**(Re: Docket No. 74, 81, and 83)** |

Before the court is Defendants' motion for leave to file a motion for reconsideration of the court's discovery order[1] and ex parte motion for shortened time for motion to reconsider and/or modify the document production deadline. The court GRANTS-IN-PART the motion to shorten time; Plaintiffs are invited to file an opposition by Tuesday, February 11, 2014, at 5 p.m. Because the court finds the motions suitable for disposition on the papers pursuant to Civil L.R. 7-1(b), no hearing will be held.[2]

---

[1] *See* Docket No. 74.

[2] *See* Civil L.R. 7-1(b) ("In the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call.").

1
Case No. 5:13-cv-00459-PSG
ORDER RE: DISCOVERY DISPUTES

**IT IS SO ORDERED**

Dated: February 10, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge