UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and FACEBOOK IRELAND LIMITED,<br><br>　　　　　　Plaintiffs,<br>　v.<br><br>PROFILE TECHNOLOGY LTD and CHRISTOPHER CLAYDON,<br><br>　　　　　　Defendants. | Case No. 5:13-cv-00459-PSG<br><br>**ORDER TO SHOW CAUSE**<br><br>**(Re: Docket No. 88)** |

In light of the settlement reached in this case,[1] the parties shall file a dismissal of this case within sixty days or shall appear at a hearing Tuesday, May 6, 2014, to show cause why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED**

Dated: March 4, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 88.

Case No. 5:13-cv-00459-PSG
ORDER TO SHOW CAUSE

1