UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FACEBOOK, INC. and FACEBOOK IRELAND LIMITED,<br><br>    Plaintiffs,<br>v.<br><br>PROFILE TECHNOLOGY LTD and CHRISTOPHER CLAYDON,<br><br>    Defendants. | Case No. 5:13-cv-00459-PSG<br><br>**ORDER RE: SETTLEMENT DISPUTES**<br><br>**(Re: Docket Nos. 94 and 95)** |

The settlement agreement reached in this case includes a condition that the parties "consent to jurisdiction of U.S. District Court NDCA Magistrate Judge Cousins, to resolve any disputes arising from this Settlement."[1] The parties shall re-notice the pending motions related to a dispute arising from the settlement before Judge Cousins.[2]

The parties also are reminded that they must comply with Civil L.R. 5-1(b) and file "sealed documents within unsealed cases" electronically "in compliance with Civil L.R. 79-5."[3]

---

[1] Docket No. 95-1, Ex. A at ¶ 13.

[2] *See* Docket Nos. 94 and 95.

[3] *See* Civil L.R. 5-1(b) ("All documents in sealed cases must be filed manually.  However, sealed documents within unsealed cases shall be filed electronically, in compliance with Civil L.R. 79-5.").

1

Case No. 5:13-cv-00459-PSG
ORDER RE: SETTLEMENT DISPUTES

**IT IS SO ORDERED**

Dated: March 26, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge